IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY JOE STAHL,

    Plaintiff,

v.

J.B. VAN HOLLEN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-397-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB' presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying petitioner Randy Joe Stahl's petition for a writ of habeas corpus.

_____        6/1/10
Peter Oppeneer, Clerk of Court      Date